NUMBER 13-09-00453-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG 
______________________________________________________________
 
I CARDIO CORP., A MEDICAL CORPORATION 
AND I CARDIO CORPORATION,                                                   Appellant,

v.

GUERRA & MOORE, LTD., LLP,                                                   Appellee. 
_____________________________________________________________

On Appeal from the County Court at Law No. 4 
of Hidalgo County, Texas.
______________________________________________________________


MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Yañez and Vela
Memorandum Opinion Per Curiam

          This case is before the Court on a joint motion to set aside the trial court’s judgment
and remand to the trial court for rendition of judgment. The parties have reached an
agreement with regard to the disposition of the matters currently on appeal. Pursuant to
agreement, the parties request this Court to set aside the trial court’s judgment without
regards to the merits, and remand this case to the trial court for rendition of a judgment in
accordance with the agreement of the parties. 
          The joint motion to set aside the trial court’s judgment and remand is GRANTED. 
Accordingly, we set aside the trial court’s judgment without regard to the merits, and
REMAND this case to the trial court for rendition of judgment in accordance with the
parties’ agreement. See Tex. R. App. P. 42.1(a)(2)(B). In accordance with the agreement
of the parties, costs are taxed against the party incurring same. See Tex. R. App. P.
42.1(d).
          The parties also ask that mandate issue concurrently with our opinion and judgment.
Rule of Appellate Procedure 18.1(c) authorizes the early issuance of mandate on the
motion of the parties. Tex. R. App. P. 18.1(c). We GRANT the joint motion.
 
                                                                                                 PER CURIAM
Delivered and filed 
the 29th day of December, 2009.